UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
FREDDIE FLORES, on behalf of himself and : Civil Case No.: 1:23-cv-00038-DNH-DJS
all other persons similarly situated, :
:
Plaintiff, :
:
-against- : **STIPULATION OF DISMISSAL**
:
CARGILL, INCORPORATED, :
:
Defendant. :
:
------------------------------------------------------- X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the Parties to this action, that the above-captioned action be dismissed without costs or fees to any Party pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  It is further stipulated that Plaintiff's individual claims are dismissed with prejudice and the claims of any putative class members are dismissed without prejudice.

Dated: December 19, 2023

By: _/s/ James T. Towne, Jr._____
  THE TOWNE LAW FIRM
  James T. Towne, Jr., Esq.
  James.Towne@townelaw.com
  P.O. Box 15072
  500 New Karner Road
  Albany, New York 12212-5072
  Tel. No. (518) 452-1800
  *Counsel for Plaintiff,*
  *Freddie Flores*

By: /s/ Matthew A. Fontana_____
  FAEGRE DRINKER BIDDLE & REATH LLP
  Matthew A. Fontana
  Matthew.Fontana@faegredrinker.com
  1177 Avenue of the Americas, 41st Floor
  New York, NY  10036
  Telephone:  +1 212 248 3140
  *Counsel for Defendant,*
  *Cargill, Incorporated*

IT IS SO ORDERED:

_David N. Hurd_
David N. Hurd
U.S. District Judge

Dated: 12-21-2023